UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT, INC., BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW, MICHAEL F. CROWLEY, AND BENJAMIN WITTES,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF HOMELAND SECURITY, WILLIAM PELHAM BARR in His Official Capacity as Attorney General of the United States, and CHAD WOLF[1] in His Official Capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | Case No. 1:18-cv-10874-DPW |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

On Wednesday, Plaintiffs filed the supplemental briefing ordered by the Court on December 4, 2019. (Dkt. 52.) The government requested an extension of time in which to file its supplemental brief (Dkt. 51), which Plaintiffs opposed (Dkt. 53).

After reviewing the government's latest submissions, Plaintiffs respectfully withdraw their opposition to the government's motion to extend time to file its supplemental brief (Dkt. 51) and corresponding motion for leave to file its supplemental brief (*see* Dkt. 54).

---

[1] Substituted for Acting Secretary McAleenan.  *See* Fed. R. Civ. P. 25(d).

Dated: December 13, 2019

| | |
|---|---|
| Benjamin L. Berwick<br>(D. Mass. Bar. No. 679207)<br>PROTECT DEMOCRACY PROJECT, INC.<br>15 Main St.<br>Suite 312<br>Watertown, Massachusetts 02472<br>Telephone:  (202) 579-4582<br>Facsimile:  (929) 777-8428<br>ben.berwick@protectdemocracy.org<br><br>Justin Florence<br>(D. Mass. Bar. No. 667129)<br>Jamila G. Benkato<br>*Pro Hac Vice*<br>PROTECT DEMOCRACY PROJECT, INC.<br>2020 Pennsylvania Avenue, NW, Ste 163<br>Washington, DC 20006<br>Telephone:  (202) 599-0466<br>Facsimile:  (929) 777-8428<br>justin.florence@protectdemocracy.org<br>jamila.benkato@protectdemocracy.org | /s/ Meaghan VerGow<br>Meaghan VerGow<br>O'MELVENY & MYERS LLP<br>*Pro Hac Vice*<br>1625 Eye Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 383-5300<br>Facsimile:  (202) 383-5414<br>mvergow@omm.com<br><br>Shane A. Hunt<br>O'MELVENY & MYERS LLP<br>*Pro Hac Vice*<br>Times Square Tower<br>7 Times Square<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>shunt@omm.com |

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants by first-class mail, postage prepaid, on December 13, 2019.

                                                     */s/ Meaghan VerGow*
                                                     Meaghan VerGow