UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT, INC., BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW, MICHAEL F. CROWLEY, AND BENJAMIN WITTES,<br><br>            Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF HOMELAND SECURITY, WILLIAM PELHAM BARR in His Official Capacity as Attorney General of the United States, and CHAD WOLF in his Official Capacity as Acting Secretary of the U.S. Department of Homeland Security,<br><br>            Defendants. | Case No. 1:18-cv-10874-DPW |

## NOTICE OF APPEARANCE OF COUNSEL

I hereby notify the clerk of court and all parties involved that I am admitted to practice in this Court and appear as counsel for Plaintiffs Protect Democracy Project, Inc.; Brennan Center for Justice at New York University School of Law; Michael F. Crowley; and Benjamin Wittes in the above-captioned matter.

Dated: July 13, 2020

Respectfully submitted,

/s/ *Deana El-Mallawany*
Deana El-Mallawany (Mass. Bar No. 674825)
15 Main St., Ste. 312
Watertown, MA 02472
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
deana.el-mallawany@protectdemocracy.org

*Counsel for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Deana El-Mallawany*
Deana El-Mallawany

Dated: July 13, 2020