UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT, INC., BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW, MICHAEL F. CROWLEY, AND BENJAMIN WITTES,<br><br>                Plaintiffs,<br><br>   v.<br><br>U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF HOMELAND SECURITY, WILLIAM PELHAM BARR in His Official Capacity as Attorney General of the United States, and CHAD WOLF in his Official Capacity as Acting Secretary of the U.S. Department of Homeland Security,<br><br>                Defendants. | Case No. 1:18-cv-10874-DPW |

## **MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.5.2(c), Jamila G. Benkato, of the Protect Democracy Project, respectfully moves for leave to withdraw her appearance for Plaintiffs in this matter. Ms. Benkato will be ending her employment with the Protect Democracy Project this month and will be succeeded in this matter by her colleagues Justin Florence and Benjamin Berwick and co-counsel Meaghan VerGow and Shane A. Hunt of O'Melveny & Myers LLP, who will continue their appearance, and by Deana El-Mallawany of the Protect Democracy Project, who has filed a notice of appearance for Plaintiffs. Dkt. 56. In an email on July 7, 2020, the Protect Democracy Project informed Plaintiffs of Ms. Benkato's intended withdrawal from this matter. Plaintiffs will not be materially adversely affected by Ms. Benkato's withdrawal.

1

Dated: July 16, 2020

Respectfully submitted,

/s/ *Jamila G. Benkato*
Jamila G. Benkato
The Protect Democracy Project, Inc.
*Pro Hac Vice*
2020 Pennsylvania Avenue, NW, Suite #163
Washington, DC 20006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
jamila.benkato@protectdemocracy.org

Justin Florence (Mass. Bar No. 667129)
Benjamin L. Berwick (Mass. Bar No. 679207)
Deana El-Mallawany (Mass. Bar No. 674825)
The Protect Democracy Project, Inc.
15 Main St., Ste. 312
Watertown, MA 02472
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
justin.florence@protectdemocracy.org
ben.berwick@protectdemocracy.org
deana.el-mallawany@protectdemocracy.org

Meaghan VerGow
O'MELVENY & MYERS LLP
*Pro Hac Vice*
1625 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
mvergow@omm.com

Shane A. Hunt
O'MELVENY & MYERS LLP
*Pro Hac Vice*
Times Square Tower
7 Times Square
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
shunt@omm.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Jamila G. Benkato*
Jamila G. Benkato

Dated: July 16, 2020